**FILED**

JUL 10 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JONATHAN NGUYEN,

 Plaintiff - Appellant,

v.

ONE FINANCE, INC.,

 Defendant - Appellee,

and

COINBASE, INC.,

 Defendant.

No. 25-4124

D.C. No. 2:24-cv-02818-ODW-JPR
Central District of California, Los Angeles

ORDER

 Appellant previously appealed the district court's November 20, 2024 order granting defendant One Finance, Inc.'s motion to dismiss in appeal No. 25-1290. In that appeal, this court ordered appellant either to file a motion to voluntarily dismiss or to file a statement explaining why the appeal should not be dismissed, because the claims against defendant Coinbase, Inc. ("Coinbase") remained pending in the district court. *See Romoland Sch. Dist. v. Inland Empire Energy Ctr., LLC*, 548 F.3d 738, 747 (9th Cir. 2008) (a district court's dismissal order is not appealable under 28 U.S.C. § 1291 "unless it disposes of all claims as to all parties or unless judgment is entered in compliance with Federal Rule of Civil Procedure 54(b)"); *see also* 28 U.S.C. § 1291. On April 3, 2025, this court granted

appellant's motion to voluntarily dismiss appeal No. 25-1290 "without prejudice to . . . filing a new appeal from a subsequently entered appealable order."

On June 26, 2025, appellant and Coinbase submitted a status report in the district court explaining that a final arbitration award with respect to the claims against Coinbase was issued on May 30, 2025, and that "[t]he Parties will be in contact with the Court regarding next steps shortly." To date, however, the district court has not issued a subsequent order or resolved the claims against Coinbase. Accordingly, the court may lack jurisdiction over this appeal.

Within 21 days, appellant must either file a motion to voluntarily dismiss this appeal or file a statement explaining why it should not be dismissed. If appellant does not do so, the court will dismiss the appeal. *See* 9th Cir. R. 42-1.

If appellant files a statement, appellee may file a response within 10 days. Briefing is stayed.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT